UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-1866 PA (MRW) | Date | August 15, 2013 |
|---|---|---|---|
| Title | Grissom v. County of Riverside | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**    (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: CASE STATUS

   This is a prisoner civil rights action. Defendants filed an answer to the complaint in December 2012. (Docket # 13.) Since then, however, Defendants do not appear to have filed anything else in this action. According to the Court's previous scheduling order (Docket # 15), Defendants were required to file a case management order with the Court by March 2013. Moreover, the deadline to file a motion for summary judgment passed without defense action in June 2013. (Docket # 15 at 2.)

   Therefore, IT IS ORDERED that Defendants show cause why this Court should not refer the matter back to the calendar of the assigned district judge for trial. Defendants may discharge this OSC by filing a statement (not to exceed 5 pages) by or before August 30, 2013, that explains:

   i.   the status of discovery and other investigative actions in the case;
   ii.  why Defendants decided – or failed – to file a timely motion for summary judgment; and
   iii. if Defendants wish to modify the pretrial schedule to allow the filing of summary judgment motion, why good cause exists for the Court to enter such a modification.

   Plaintiff is not required to respond to this order.