**Bruce E. Disenhouse, 078760**
Bruce@DisenhouseLaw.net
DISENHOUSE LAW APC
3890 Eleventh Street, Suites 215-217
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendants, COUNTY OF RIVERSIDE; and CORPORAL LANCIE LARA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRISSOM, SR., <br><br>　　　Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, CPL LANCIE LARA, SHERIFF SNIFF, CARL B. SMITH INVESTIGATIONS, <br><br>　　　Defendants. | CASE NO.: EDCV 12-1866 PA(MRW) <br><br> *Hon. Percy Anderson* <br><br> ORDER REGARDING NOTICE OF SETTLEMENT AND JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. Having read and considered the parties stipulation, and good cause appearing therefor, it is ordered as follows:

This case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

IT IS SO ORDERED.

Date: 5/14/15

JS6

_____
Hon. Percy Anderson
U.S. District Judge